THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED 
 OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Akera Felecia Starr, Appellant.
 
 
 

Appeal From York County
  John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-372
 Submitted April 21, 2004  Filed June 17, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Legal Counsel J. Benjamin Aplin, S.C. Dept. of Probation, of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Akera Felecia Starr appeals 
 the revocation of her probation.  Starrs appellate attorney has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Starrs appeal is without merit.  The issue briefed by counsel concerns whether 
 the trial court abused its discretion in Starrs probation.  Starr has not filed 
 any documents on her own behalf.
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Starrs appeal and grant counsels petition 
 to be relieved. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and BEATTY, JJ., concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.